Evan J. Smith
BRODSKY SMITH
1310 N. Kings Highway
Cherry Hill, NJ 08034
Telephone:   856.795.7250
esmith@brodskysmith.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM GLISSON, <br><br> Plaintiff, <br><br> vs. <br><br> ORBCOMM INC., MARC J. EISENBERG, JEROME B. EISENBERG, MARCO FUCHS, TIMOTHY KELLEHER, JOHN MAJOR, KAREN GOULD, and DENISE GIBSON, <br><br> Defendants. | Case No.: <br><br> **F.R.C.P. 7.1 DISCLOSURE STATEMENT** |

Pursuant to F.R.C.P. 7.1, Plaintiff William Glisson hereby states that there are no such parent corporations or any other publicly held corporation that owns 10% or more of its stock as the Plaintiff is an individual.

Dated: May 20, 2021

**BRODSKY SMITH**

By: /s/ Evan J. Smith
Evan J. Smith
esmith@brodskysmith.com
Marc L. Ackerman
mackerman@brodskysmith.com
1310 Kings Highway N.
Cherry Hill, NJ 08034
T: (856) 795-7250
F: (856) 795-1799

*Attorneys for Plaintiff*