UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM GLISSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ORBCOMM INC., MARC J. EISENBERG, JEROME B. EISENBERG, MARCO FUCHS, TIMOTHY KELLEHER, JOHN MAJOR, KAREN GOULD, and DENISE GIBSON,<br><br>　　　　Defendants. | Case No.: 2:21-cv-11605-SDW-LDW<br><br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

　　Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff William Glisson ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 16, 2021

**BRODSKY SMITH**

By:  */s/ Evan J. Smith*
　　Evan J. Smith
　　esmith@brodskysmith.com
　　Marc L. Ackerman
　　mackerman@brodskysmith.com
　　1310 Kings Highway N.
　　Cherry Hill, NJ 08034
　　T: (856) 795-7250
　　F: (856) 795-1799

*Attorneys for Plaintiff*

SO ORDERED
*[signature]*
Hon. Susan D. Wigenton
United States District Judge
Dated: July 19, 2021